

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00820-CR

Jose Isabel **MARTINEZ-HERNANDEZ**,
Appellant

v.

The **STATE** of Texas
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRU-010D4
Honorable Oscar J. Hale Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 17, 2015.

_____
Patricia O. Alvarez, Justice